ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Jeffrey Traurig
Email*:*   jtraurig@archerlaw.com

*Special Litigation Counsel for Howard P. Magaliff*
*Chapter 7 Trustee of Allways East Transportation, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

In re                                                                          Chapter 7

ALLWAYS EAST TRANSPORTATION, INC.,          Case No. 16-22589 (RDD)

                          Debtor.

--------------------------------------------------------------------x

HOWARD P. MAGALIFF, Chapter 7 Trustee of          Adv. Pro. No. 19-08272 (RDD)
ALLWAYS EAST TRANSPORTATION, INC.,

                          Plaintiff,

            v.

MARLAINA KOLLER a/k/a MARLAINA CROES
and PHOENIX TRANSPORTATION SERVICES, INC.,

                          Defendants.

--------------------------------------------------------------------x

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

counsel for all parties herein, that:

1.        Defendants Marlaina Koller a/k/a Marlaina Croes and Phoenix Transportation

Services, Inc. (together, the "**Defendants**") time to answer, move or otherwise respond to the

Complaint filed by plaintiff Howard P. Magaliff, as Chapter 7 Trustee of Allways East

Transportation, Inc. (the "**Trustee**"), on June 28, 2019 [Docket No. 1] shall be and hereby is extended to and including September 10, 2019;

2. The Defendants have accepted and do not contest service of the Complaint commencing the above-captioned adversary proceeding and the summons served therewith; and

3. This Stipulation may be signed in counterparts and a facsimile copy shall be as good as the original.

Dated: July 26, 2019                                        Dated: July 26, 2019

**ARCHER & GREINER, P.C.**                     **ROSEN & ASSOCIATES, P.C.**


By: /s/ Jeffrey Traurig                                 By: /s/ Yong Hyun Ryu
     Jeffrey Traurig                                            Yong Hyun Ryu, Esq.
     Gerard DiConza                                         747 Third Ave., 20th Floor
     630 Third Ave., 7th Floor                           New York, NY 10017
     New York, NY 10017                                 Telephone: (212) 223-1100
     Telephone: (212) 682-4940

     *Attorneys for Plaintiff Howard P.*               *Attorneys for Defendants*
     *Magaliff, as Chapter 7 Trustee of*               *Marlaina Koller a/k/a Marlaina*
     *Allways East Transportation, Inc.*              *Croes and Phoenix Transportation*
                                                                      *Services, Inc.*