**ROSEN & ASSOCIATES, P.C.**
*Counsel to Defendants*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen
Paris Gyparakis

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ALLWAYS EAST TRANSPORTATION, INC.,<br><br>       Debtor. | Chapter 7<br><br>Case No. 16-22589 (RDD) |
| HOWARD P. MAGALIFF, Chapter 7 Trustee of ALLWAYS EAST TRANSPORTATION, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>MARLAINA KOLLER a/k/a MARLAINA CROES and PHOENIX TRANSPORTATION SERVICES, INC.,<br><br>       Defendants. | Adv. Proc. No. 19-08272 (RDD) |

**STIPULATION AND ORDER FURTHER EXTENDING
TIME FOR DEFENDANTS TO ANSWER COMPLAINT**

Plaintiff Howard P. Magaliff, Chapter 7 Trustee of Allways East Transportation, Inc. ("**Plaintiff**") and defendants Marlaina Koller a/k/a Marlaina Croes and Phoenix Transportation Services, Inc. ("**Defendants**" and together with Plaintiff, the "**Parties**"), through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, on June 28, 2019, Plaintiff filed the *Complaint* [Adv. Proc. Doc. No. 1] (the "**Complaint**") commencing the above-captioned adversary proceeding against Defendants;

and

**WHEREAS,** on July 26, 2019, the Parties entered into a *Stipulation* [Adv. Proc. Doc. No. 6] extending Defendants' time to answer, move or otherwise respond to the Complaint through and including September 10, 2019.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Parties as follows:

1. The time within which Defendants may answer the Complaint is hereby extended from September 10, 2019 through and including September 24, 2019.

2. This Stipulation may be signed in counterparts and a facsimile copy shall be considered as good as the original.

| Dated: September 10, 2019 | Dated: September 10, 2019 |
|---|---|
| **ARCHER & GREINER, P.C.** | **ROSEN & ASSOCIATES, P.C.** |
| By: */s/ Jeffrey Traurig* <br> Jeffrey Traurig <br> Gerard DiConza <br> 630 Third Ave., 7th Floor <br> New York, NY 10017 <br> Telephone: (212) 682-4940 | By: */s/ Sanford P. Rosen* <br> Sanford P. Rosen <br> Paris Gyparakis <br> 747 Third Ave., 20th Floor <br> New York, NY 10017 <br> Telephone: (212) 223-1100 |
| *Attorneys for Plaintiff Howard P. Magaliff, as Chapter 7 Trustee of Allways East Transportation, Inc.* | *Attorneys for Defendants Marlaina Koller a/k/a Marlaina Croes and Phoenix Transportation Services, Inc.* |

**SO ORDERED** this ___ day of September 2019

_____
UNITED STATES BANKRUPTCY JUDGE